1  Alan R. Plutzik (Bar No. 077785)
   Kathryn A. Schofield (Bar No. 202939)
2  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: (925) 945-0200
4
   Liaison Counsel for Plaintiffs
5
   Robert A. Izard
6  Barbara F. Wolf
   SCHATZ & NOBEL, P.C.
7  330 Main Street
   Hartford, CT 06103
8  Telephone: (860) 493-6292
   Facsimile: (860) 493-6290
9
   Joseph H. Meltzer
10 Edward W. Ciolko
   SCHIFFRIN & BARROWAY, LLP
11 280 King of Prussia Road
   Radnor, PA 19087
12 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
13
   Co-Lead Counsel for Plaintiffs
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION | Case No. C 03-04743 WWS |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT** ; AND ORDER |

STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED
COMPLAINT
CASE NO. C 03-04743 CW
45092

# STIPULATION

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants submit the following stipulation extending until October 21, 2005 the time Plaintiffs shall have to file an amended complaint.

WHEREAS, Plaintiffs have until August 4, 2005 to amend their Consolidated Complaint for Violations of ERISA ("complaint"), pursuant to the Court's Memorandum of Opinion and Order filed July 14, 2005;

WHEREAS, Plaintiffs noticed the deposition of Defendant JDSU for August 1, 2005, pursuant to Fed. R. Civ. P. 30(b)(6), for the limited purpose of obtaining facts necessary to enable amendment of the complaint;

WHEREAS, Defendant JDSU has determined that it will need more time to locate and produce the appropriate witness or witnesses, particularly with respect to certain earlier events; but that it can produce the witness or witnesses by September 23, 2005; and

WHEREAS, Plaintiffs have determined that they will need 30 days to obtain and analyze the deposition transcript and amend the complaint accordingly, and therefore that if the depositions are not completed until September 23, 2005 that they will need until October 21, 2005 to amend the complaint; and

WHEREAS, Plaintiffs and Defendants, through their counsel, have conferred regarding the postponement of the deposition, and an enlargement of the time that Plaintiffs shall have to amend the complaint; and

WHEREAS, Plaintiffs have agreed to postpone the deposition until a date to be determined that is before or on September 23, 2005; and

WHEREAS, Defendant JDSU has agreed to produce the appropriate witness or witnesses by September 23, 2005, and

WHEREAS, Defendants have agreed to and do not object to an extension to October 21, 2005 of the time that Plaintiffs shall have to file an amended complaint;

NOW, THEREFORE, the parties hereby stipulate to the following:

Plaintiffs shall have until October 21, 2005 to file an amended complaint.

DATED: July 29, 2005

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By _____
Alan R. Plutzik
Liaison Counsel for Plaintiffs

DATED: July 28, 2005

MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105
Telephone: (415) 268-7175
Facsimile: (415) 268-7522

By _____
Paul Flum

Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 1, 2005

_____
William W. Schwarzer
Senior United States District Judge

STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT
CASE NO. C 03-04743 WWS
45092

2

1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On July 29, 2005, I served the within documents:

**STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT**

☒ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ By causing personal delivery of a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

Robert A. Izard, Esq.
Barbara F. Wolf, Esq.
William Bernarduci, Esq.
Schatz & Nobel P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Edward Chang, Esq.
Edward W. Ciolko, Esq.
Richard S. Schiffrin, Esq.
Schiffrin & Barroway, LLP
280 King of Prussian Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Paul Flum, Esq.
Terri Garland, Esq.
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

PROOF OF SERVICE
CASE NO. C 03-04743 CW
43801

1

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on July 29, 2005, at Walnut Creek, California.

*[signature]*
Amory Foreman