**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**September 1, 2005**

**CASE NUMBER: CV 03-04907 CW** (consolidated w/Lead Case C03-4743WWS reassigned 7/21/05)
**CASE TITLE: ALICE HODGES-TOBY-v-JDS UNIPHASE CORP.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM W. SCHWARZER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WWS**  immediately after the

case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 9/1/05

FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 9/1/05KK

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA