Alan R. Plutzik (Bar No. 077785)
Kathryn A. Schofield (Bar No. 202939)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

Liaison Counsel for Plaintiffs

Robert A. Izard
Barbara F. Wolf
SCHATZ & NOBEL, P.C.
330 Main Street
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

Joseph H. Meltzer
Edward W. Ciolko
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 03-04743 WWS<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT   AND ORDER** |

STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT
CASE NO. C 03-04743 CW
45092

# STIPULATION

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants submit the following stipulation extending from October 23, 2005 to October 31, 2005 the time Plaintiffs shall have to file an amended complaint.

WHEREAS, Plaintiffs previously had until August 1, 2005 to amend their Consolidated Complaint for Violations of ERISA ("complaint"), pursuant to the Court's Memorandum of Opinion and Order filed July 14, 2005;

WHEREAS, Plaintiffs noticed the deposition of Defendant JDSU for August 1, 2005, pursuant to Fed. R. Civ. P. 30(b)(6), for the limited purpose of obtaining facts necessary to enable amendment of the complaint;

WHEREAS, Defendant JDSU, upon receipt of the notice of deposition, determined that it needed more time to locate and produce the appropriate witness or witnesses, particularly with respect to certain earlier events; but that it thought it could obtain the witness or witnesses by September 23, 2005; and

WHEREAS, Plaintiffs determined that they will need 30 days to obtain and analyze the deposition transcript and amend the complaint accordingly, and therefore that if the depositions were not completed until September 23, 2005 that they would need until October 21, 2005 to amend the complaint; and

WHERAS, the parties stipulated and the Court ordered that Plaintiffs have until October 21, 2005 to file the amended complaint, pursuant to Order dated August 1, 2005.

WHEREAS, Defendant JDSU has now determined that the two appropriate deposition witnesses will be traveling out of the country for the next several weeks, and cannot be produced for deposition until September 28 and 29, 2005;

WHEREAS, Plaintiffs have determined that they still need 30 days to obtain and analyze the deposition transcript and amend the complaint accordingly, and therefore that if the depositions were not completed until September 29, 2005 that they would need until October 31, 2005 to amend the complaint; and

STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT
CASE NO. C 03-04743 WWS
45092

1

WHEREAS, Plaintiffs and Defendants, through their counsel, have conferred regarding the postponement of the deposition, and an enlargement of the time that Plaintiffs shall have to amend the complaint; and

WHEREAS, Plaintiffs have agreed to postpone the deposition until September 28 and 29, 2005; and

WHEREAS, Defendant JDSU has agreed to produce the appropriate two witnesses on September 28 and 29, 2005, respectively, and

WHEREAS, Defendants have agreed to and do not object to an extension to October 31, 2005 of the time that Plaintiffs shall have to file an amended complaint;

NOW, THEREFORE, the parties hereby stipulate to the following:

Plaintiffs shall have until October 31, 2005 to file an amended complaint.

DATED: September 6, 2005

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By _____
Alan R. Plutzik

Liaison Counsel for Plaintiffs

DATED: September 6, 2005

MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105
Telephone: (415) 268-7175
Facsimile: (415) 268-7522

By _____
Paul Flum

STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT
CASE NO. C 03-04743 WWS
45092

2

1 | Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Sep. 8, 2005

_____
William W. Schwarzer
Senior United States District Judge

*IT IS SO ORDERED*
*Judge William W Schwarzer*

STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT
CASE NO. C 03-04743 WWS
45092

3