| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (BAR NO. 34097) |
| | JORDAN ETH (BAR NO. 121617) |
| 2 | PAUL FLUM (BAR NO. 104424) |
| | TERRI A. GARLAND (BAR NO. 169563) |
| 3 | ADRIAN J. SAWYER (BAR NO. 203712) |
| | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 5 | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |

Attorneys for Defendants
JDS UNIPHASE CORPORATION, JENNIFER BERNAUER, MICHAEL BURKHARD, DELLA BYNUM, CRAIG COLLINS, BRUCE DAY, ROBERT ENOS, RICK FIEBER, STEVE FIFE, PETER GUGLIELMI, GARY HOCHMAN, MARTIN KAPLAN, DENNIS KARST, MIKE KASPER, ANGELA KUPPS, KEVIN KENNEDY, RICHARD LIEBHABER, DONALD J. LISTWIN, MARIE LYNCH, JOHN MACNAUGHTON, SYRUS MADAVI, STEVE MOORE, TOM MOSER, HOLLY NEAL, JOE PASSARELLO, ANDREW POLLACK, DENA REGAN, GARRY RONCO, JEFF RYAN, JILL SANFORD, STEVE SAPERS, DONALD SCIFRES, WENDY SERRANO, WILSON SIBBETT, WILLIAM J. SINCLAIR, CASIMIR SKRZYPCZAK, JOZEF STRAUS, and LORI ZARET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION | Master File No. C 03-04743 WWS |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO THE FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF ERISA** |
| ALL ACTIONS | |

Stipulation and [Proposed] Order Regarding Defs.' Response to First Amended Compl.
Master File No. C 03-04743 WWS
sf-2029013

**STIPULATION**

Pursuant to Local Rules 6-1 and 7-11, plaintiffs and defendants JDS Uniphase Corporation, Jennifer Bernauer, Michael Burkhard, Della Bynum, Craig Collins, Bruce Day, Robert Enos, Rick Fieber, Steve Fife, Peter Guglielmi, Gary Hochman, Martin Kaplan, Dennis Karst, Mike Kasper, Angela Kupps, Kevin Kennedy, Richard Liebhaber, Donald J. Listwin, Marie Lynch, John MacNaughton, Syrus Madavi, Steve Moore, Tom Moser, Holly Neal, Joe Passarello, Andrew Pollack, Dena Regan, Garry Ronco, Jeff Ryan, Jill Sanford, Steve Sapers, Donald Scifres, Wendy Serrano, Wilson Sibbett, William J. Sinclair, Casimir Skrzypczak, Jozef Straus, and Lori Zaret (collectively, the "JDSU Defendants"), through their counsel, submit the following stipulation setting a briefing schedule on the JDSU Defendants' response to the First Amended Consolidated Complaint for Violations of ERISA, filed October 31, 2005 ("Amended Complaint").

WHEREAS, on October 31, 2005, plaintiffs filed the Amended Complaint;

WHEREAS, the JDSU Defendants' response to the Amended Complaint is currently due on November 15, 2005;

WHEREAS, the JDSU Defendants intend to move to dismiss the Amended Complaint;

WHEREAS, plaintiffs and the JDSU Defendants, through their counsel, have met and conferred regarding a briefing schedule on the JDSU Defendants' motion to dismiss the Amended Complaint;

NOW THEREFORE, the parties hereby stipulate to the following:

1. The JDSU Defendants shall file their motion to dismiss or other response to the Amended Complaint on or before December 15, 2005;

2. Plaintiffs shall file their opposition to the JDSU Defendants' motion to dismiss on or before January 27, 2006;

Stipulation and [Proposed] Order Regarding Defs.' Response to First Amended Compl.
Master File No. C 03-04743 WWS
sf-2029013

2

3. The JDSU Defendants shall file their reply brief in support of their motion to dismiss on or before February 17, 2006; and

4. The JDSU Defendants shall notice their motion to dismiss for hearing on March 7, 2006.

Dated: November 7, 2005

MELVIN R. GOLDMAN
JORDAN ETH
PAUL FLUM
TERRI A. GARLAND
ADRIAN J. SAWYER
MORRISON & FOERSTER LLP

By: /s/ Paul Flum
Paul Flum

Attorneys for the JDSU Defendants

Dated: November 7, 2005

ALAN R. PLUTZIK
KATHRYN A. SCHOFIELD
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP

RICHARD S. SCHIFFRIN
JOSEPH H. MELTZER
EDWARD W. CIOLKO
EDWARD W. CHANG
SCHIFFRIN & BARROWAY, LLP

ROBERT A. IZARD
BARBARA F. WOLF
SCHATZ & NOBEL, P.C.

By: /s/ Robert A. Izard
Robert A. Izard

Attorneys for Plaintiffs

Stipulation and [Proposed] Order Regarding Defs.' Response to First Amended Compl.
Master File No. C 03-04743 WWS
sf-2029013

3

1  **ORDER**

2  Pursuant to the stipulation of the parties, and good cause appearing,

3  IT IS HEREBY ORDERED that:

4  1. The JDSU Defendants shall file their motion to dismiss or other response to the Amended

5  Complaint on or before December 15, 2005;

6  2. Plaintiffs shall file their opposition to the JDSU Defendants' motion to dismiss on or before

7  January 27, 2006;

8  3. The JDSU Defendants shall file their reply brief in support of their motion to dismiss on or

9  before February 17, 2006; and

10  4. The JDSU Defendants shall notice their motion to dismiss for hearing on March 7, 2006.

12  Dated: November _8___, 2005            _____

13                                          The Honorable William W. Schwarzer
                                            United States District Judge

Stipulation and [Proposed] Order Regarding Defs.' Response to First Amended Compl.
Master File No. C 03-04743 WWS
sf-2029013

4

I, Adrian J. Sawyer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Defendants' Response to the First Amended Consolidated Complaint for Violations of ERISA. In compliance with General Order 45, X.B., I hereby attest that Plaintiffs' counsel have concurred in this filing.

Dated: November 7, 2005                MORRISON & FOERSTER LLP

                                       By:    /s/ Adrian J. Sawyer
                                              Adrian J. Sawyer

                                       Attorneys for the JDSU Defendants

Stipulation and [Proposed] Order Regarding Defs.' Response to First Amended Compl.   5
Master File No. C 03-04743 WWS
sf-2029013