Alan R. Plutzik (Bar No. 077785)
Kathryn A. Schofield (Bar No. 202939)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

Liaison Counsel for Plaintiffs

Robert A. Izard
Barbara F. Wolf
SCHATZ & NOBEL, P.C.
330 Main Street
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 03-04743 WWS<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS DIRECTED TO THE FIRST AMENDED CONSOLIDATED COMPLAINT** |

## STIPULATION

This Stipulation is entered into between all Plaintiffs and Defendants in the above-captioned action, by and through their counsel of record.

WHEREAS Plaintiffs filed their First Amended Consolidated Complaint on October 31, 2005;

WHEREAS this Court entered a stipulated order setting forth a briefing schedule for any Motions to Dismiss on November 8, 2005;

WHEREAS Defendants JDS Uniphase Corporation, Charles J. Abbe, Jennifer Bernauer, Michael Burkhard, Craig Collins, Bruce Day, Robert Enos, Rick Fieber, Steve Fife, Peter Guglielmi, Gary Hochman, Martin Kaplan, Dennis Karst, Mike Kasper, Angela Kupps, Kevin Kennedy, Richard Liebhaber, Donald J. Listwin, Marie Lynch, John MacNaughton, Syrus Madavi, Steve Moore, Tom Moser, Holly Neal, Joe Passarello, Andrew Pollack, Dena Regan, Garry Ronco, Jeff Ryan, Jill Sanford, Steve Sapers, Donald Scifres, Wendy Serrano, Wilson Sibbett, William J. Sinclair, Casimir Skrzypczak, Jozef Straus, and Lori Zaret ("JDSU Defendants") filed a Motion to Dismiss and to Strike Jury Demand (the "Pending Motion") on December 15, 2005; and

WHEREAS, Defendant Kevin Kalkhoven intends to file a motion or motions directed to the First Amended Consolidated Complaint (the "Kalkhoven Motion"); and

WHEREAS, Plaintiffs and all Defendants, through their counsel, have further met and conferred about a briefing schedule and wish to combine the briefing and hearing schedules for the Pending Motion and the Kalkhoven Motion,

NOW THEREFORE, IT IS HEREBY STIPULATED as follows:

1.  The Kalkhoven Motion shall be filed on or before February 24, 2006.
2.  Plaintiffs shall file their Oppositions to the Pending Motion and the Kalkhoven Motion on or before April 3, 2006;
3.  Defendants' shall file their Reply Briefs on or before May 1, 2006; and
4.  The hearing on the Pending Motion and the Kalkhoven Motion shall be held on May 15, 2006 at 10:00 a.m.

STIPULATION AND [PROPOSED] ORDER CONCERNING MOTIONS DIRECTED TO THE FIRST AMENDED CONSOLIDATED COMPLAINT
CASE NO. C 03-04743 WWS
46557

1

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | |
| 3 | Dated: January 27, 2006     BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |

IT IS SO STIPULATED.

Dated: January 27, 2006

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Kathryn A. Schofield (State Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

/s/ Alan R. Plutzik
Alan R. Plutzik

Plaintiffs' Liaison Counsel

Dated: January 27, 2006

MORRISON & FOERSTER, LLP
Paul C. Flum (State Bar No. 104424)
Adrian Sawyer (State Bar No. 203712)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

/s/ Paul C. Flum
Paul C. Flum

Attorneys for Defendants JDS Uniphase Corporation, Charles J. Abbe, Jennifer Bernauer, Michael Burkhard, Craig Collins, Bruce Day, Robert Enos, Rick Fieber, Steve Fife, Peter Guglielmi, Gary Hochman, Martin Kaplan, Dennis Karst, Mike Kasper, Angela Kupps, Kevin Kennedy, Richard Liebhaber, Donald J. Listwin, Marie Lynch, John MacNaughton, Syrus Madavi, Steve Moore, Tom Moser, Holly Neal, Joe Passarello, Andrew Pollack, Dena Regan, Garry Ronco, Jeff Ryan, Jill Sanford, Steve Sapers, Donald Scifres, Wendy Serrano, Wilson Sibbett, William J. Sinclair, Casimir Skrzypczak, Jozef Straus, and Lori Zaret

Dated: January 27, 2006

HELLER EHRMAN, LLP
Howard S. Caro (State Bar No. 202082)
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Fax: (415) 772-6268

/s/ Howard S. Caro
Howard S. Caro

Attorneys for Defendant Kevin Kalkhoven

STIPULATION AND [PROPOSED] ORDER CONCERNING MOTIONS DIRECTED TO THE FIRST AMENDED CONSOLIDATED COMPLAINT
CASE NO. C 03-04743 WWS
46557

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27 day of January 2006 at Walnut Creek, California.

/s/ Alan R. Plutzik
Alan R. Plutzik

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 30, 2006

Hon. William W. Schwarzer
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONCERNING MOTIONS DIRECTED TO THE FIRST AMENDED CONSOLIDATED COMPLAINT
CASE NO. C 03-04743 WWS
46557

3