Alan R. Plutzik (Bar No. 077785)
Kathryn A. Schofield (Bar No. 202939)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

Liaison Counsel for Plaintiffs

Robert A. Izard
Barbara F. Wolf
SCHATZ & NOBEL, P.C.
330 Main Street
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 03-04743 WWS<br><br>**STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS FILED BY DEFENDANT KALKHOVEN** |

Case 3:03-cv-04743-WWS  Document 956  Filed 03/28/2006  Page 2 of 5

# STIPULATION

This Stipulation is entered into between Plaintiffs and Defendant Kevin Kalkhoven (collectively, the "Parties") in the above-captioned action, by and through their counsel of record.

WHEREAS Plaintiffs filed their First Amended Consolidated Complaint on October 31, 2005; and

WHEREAS, Defendant Kevin Kalkhoven filed a motion to dismiss the First Amended Consolidated Complaint on February 24, 2006 (the "Kalkhoven Motion"); and

WHEREAS, the Kalkhoven Motion is currently set for hearing on May 15, 2006; and

WHEREAS, the Parties wish to exchange certain materials and information that may bear on Plaintiffs' claims against Defendant Kalkhoven, and to allow Plaintiffs' counsel to review and evaluate the same; and

WHEREAS, in view of the time and effort that the Parties believe will be necessary for the assembly, review and possible discussion of such materials and information, Plaintiffs and Defendant Kalkhoven have agreed that it would be desirable to take the Kalkhoven Motion off calendar, without prejudice to its being returned to the calendar at a later time,

NOW THEREFORE, IT IS HEREBY STIPULATED that the Kalkhoven Motion shall be taken off calendar, without prejudice to its being returned to the calendar at a later time.

IT IS SO STIPULATED.

Dated: March 28, 2006

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Kathryn A. Schofield (State Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

/s/ Alan R. Plutzik
_____
Alan R. Plutzik

Plaintiffs' Liaison Counsel

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS FILED BY DEFDT KALKHOVEN
CASE NO. C 03-04743 WWS
47068 V02

1

| | |
|---|---|
| Dated: March 28, 2006 | HELLER EHRMAN, LLP<br>Howard S. Caro (State Bar No. 202082)<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Fax: (415) 772-6268 |

                                                              /s/ Howard S. Caro
                                                                  Howard S. Caro

Attorneys for Defendant Kevin Kalkhoven

### ATTESTATION PURSUANT TO GENERAL ORDER 45

    I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of March, 2006, at Walnut Creek, California.

                                                               /s/ Alan R. Plutzik
                                                                 Alan R. Plutzik

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/29/06

                                                     Hon. William W. Schwarzer
                                                   Senior United States District Judge

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On March 28, 2006, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS FILED BY DEFENDANT KALKHOVEN**

[x] by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

[ ] by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] By causing personal delivery of a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

Edward Chang, Esq.
Edward W. Ciolko, Esq.
Richard S. Schiffrin, Esq.
Schiffrin & Barroway, LLP
280 King of Prussian Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Robert A. Izard, Esq.
Barbara F. Wolf, Esq.
William Bernarduci, Esq.
Schatz & Nobel P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Paul Flum, Esq./Terri Garland, Esq.
Adrian J. Sawyer, Esq./ Jordan David Eth, Esq.
Melvin R. Goldman, Esq./Raymond M. Hasu, Esq.
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

PROOF OF SERVICE
CASE NO. C 03-04743 CW
43801

1

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on March 28, 2006, at Walnut Creek, California.

*Lisa Baker* [signature]
Lisa Baker

PROOF OF SERVICE
CASE NO. C 03-04743 CW
43801

2