**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION Master ERISA LITIGATION | Master File No. 03-04743 WWS (MEJ) |
| This Document Relates to: | **NOTICE OF REFERENCE** |
| ALL ACTIONS | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

   The above-captioned case was referred to Magistrate Judge Maria-Elena James to determine Defendant JDS Uniphase's motion to compel production of documents. Accordingly, the Court shall conduct a hearing on June 8, 2006, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Plaintiff shall file any opposition to Defendant's motion by May 18, 2006, and Defendant shall file any reply by May 25, 2006.

   When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's

**United States District Court**

For the Northern District of California

1  Office that has already been filed electronically.  **Any proposed orders must also be emailed in**

2  **Word or Wordperfect format to: mejpo@cand.uscourts.gov**

3        Plaintiff shall serve this order upon all other parties in this action.  Please contact the

4  Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

5        **IT IS SO ORDERED.**

6

7  Dated: May 4, 2006

8                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2