Alan R. Plutzik (Bar No. 077785)
Kathryn A. Schofield (Bar No. 202939)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

Liaison Counsel for Plaintiffs

Robert A. Izard
Barbara F. Wolf
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 03-04743 WWS<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE HEARING REGARDING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

# STIPULATION

Pursuant to the Standing Order Re: Discovery and Dispute Procedures for Cases Assigned or Referred to Magistrate Judge Maria-Elena James, Plaintiffs and Defendants submit the following stipulation continuing to June 15, 2006 the hearing on Defendants' Motion to Compel Production of Documents.

WHEREAS, on May 2, 2006, Judge William W. Schwarzer designated Magistrate Judge Maria-Elena James to determine Defendant JDS Uniphase's motion to compel production of documents; and

WHEREAS, Magistrate Judge James' Notice of Reference filed May 4, 2006 set forth a briefing schedule and a hearing date of June 8, 2006; and

WHEREAS, the Plaintiff's counsel handling this matter has a pre-existing obligation in Connecticut on June 8, 2006; and

WHEREAS, Plaintiffs and Defendants through their counsel have conferred and agreed to seek continuance of the hearing to June 15, 2006; and

WHEREAS, the parties also agreed that there is no need to seek modification of the briefing schedule ordered by the Court;

NOW, THEREFORE, the parties hereby stipulate as follows:

The hearing on Defendants' Motion to Compel Production of Documents is continued to June 15, 2006, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California; and

//

//

//

STIPULATION/~~PROPOSED~~ ORDER TO CONTINUE HEARING REGARDING DEFENDANTS MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 03-04743 CW

1

The briefing schedule set forth in the Notice of Reference filed May 4, 2006 remains in effect.

IT IS SO STIPULATED.

Dated: May 4, 2006                    MORRISON & FOERSTER, LLP

                                      /S/     PAUL FLUM
                                      _____
                                      Paul Flum
                                      Counsel for Defendants

                                      MORRISON & FOERSTER, LLP
                                      Paul Flum, Esq.
                                      Terri Garland, Esq.
                                      Jordan David Eth, Esq.
                                      Melvin R. Goldman, Esq.
                                      Raymond M. Hasu, Esq.
                                      425 Market Street
                                      San Francisco, CA 94105-2482
                                      Telephone:  (415) 268-7000
                                      Facsimile:  (415) 268-7522

Dated: May 4, 2006                    BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

                                      _____
                                      Kathryn A. Schofield
                                      Liaison Counsel for Plaintiffs

                                      BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
                                      Alan R. Plutzik
                                      Kathryn A. Schofield
                                      2125 Oak Grove Road, Suite
                                      Walnut Creek, CA 94598
                                      Tel:  (925) 945-0200
                                      Fax:  (925) 945-8792

SCHIFFRIN & BARROWAY, LLP
Edward W. Ciolko, Esq.
Richard S. Schiffrin, Esq.
280 King of Prussian Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

SCHATZ & NOBEL, P.C.
Robert A. Izard, Esq.
Barbara F. Wolf, Esq.
William Bernarduci, Esq.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

Co-Lead Counsel for Plaintiffs

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kathryn A. Schofield, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 4th day of May 2006 at Walnut Creek, California.

_____
Kathryn A. Schofield

STIPULATION/PROPOSED ORDER TO CONTINUE HEARING REGARDING DEFENDANTS MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 03-04743 CW

3

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED pursuant to the above stipulation that the hearing on Defendants' Motion to Compel Production of Documents is continued to June 15, 2006, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The briefing schedule set forth in the Notice of Reference filed May 4, 2006 remains in effect.

Dated: May 8, 2006



Honorable Maria-Elena James
Magistrate Judge, United States District Court

STIPULATION/~~PROPOSED~~ ORDER TO CONTINUE HEARING REGARDING DEFENDANTS MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. C 03-04743 CW

4