| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (CA SBN 34097) |
| | JORDAN ETH (CA SBN 121617) |
| 2 | PAUL FLUM (CA SBN 104424) |
| | paulflum@mofo.com |
| 3 | TERRI GARLAND (CA SBN 169563) |
| | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 5 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendants |
| 7 | JDS UNIPHASE CORPORATION, CHARLES J. ABBE, |
| | JENNIFER BERNAUER, MICHAEL BURKHARD, CRAIG |
| 8 | COLLINS, BRUCE DAY, ROBERT ENOS, RICK FIEBER, |
| | STEVE FIFE, PETER GUGLIELMI, GARY HOCHMAN, |
| 9 | MARTIN KAPLAN, DENNIS KARST, MIKE KASPER, |
| | ANGELA KUPPS, KEVIN KENNEDY, RICHARD |
| 10 | LIEBHABER, DONALD J. LISTWIN, MARIE LYNCH, |
| | JOHN MACNAUGHTON, SYRUS MADAVI, STEVE |
| 11 | MOORE, TOM MOSER, HOLLY NEAL, JOE PASSARELLO, |
| | ANDREW POLLACK, DENA REGAN, GARRY RONCO, |
| 12 | JEFF RYAN, JILL SANFORD, STEVE SAPERS, DONALD |
| | SCIFRES, WENDY SERRANO, WILSON SIBBETT, |
| 13 | WILLIAM J. SINCLAIR, CASIMIR SKRZYPCZAK, JOZEF |
| | STRAUS, and LORI ZARET |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION | Master File No. C 03-04743 WWS |
| This Document Relates To: | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND STRIKING JURY DEMAND |
| ALL ACTIONS | |
| | Date: May 15, 2006 |
| | Time: 10:00 a.m. |
| | Courtroom: 14 |
| | Judge: Hon. William W Schwarzer |

**ORDER**

On December 15, 2005, defendants filed a Motion To Dismiss And To Strike Jury Demand directed at allegations in the plaintiffs' First Amended Consolidated Complaint for Violations of ERISA ("Amended Complaint"). Pursuant to that motion, defendants Martin A. Kaplan, Jozef Straus, Kevin Kennedy, Donald Scifres, Casimir Skrzypczak, Bruce D. Day, Robert E. Enos, Peter Guglielmi, Syrus P. Madavi, John A. MacNaughton, Richard T. Liebhaber, Donald J. Listwin, Wilson Sibbett, and William J. Sinclair (collectively, the "Director Defendants") moved the Court to dismiss with prejudice Counts I and III of the Amended Complaint, as against them, for failure to state a claim, pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure. In addition, the Director Defendants, along with defendant Charles J. Abbe, moved the Court to dismiss with prejudice Count IV of the Amended Complaint for failure to state a claim, pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure. Finally, all defendants named in the Amended Complaint moved the Court to strike plaintiffs' demand for trial by jury, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

The defendants' motion came on for hearing on May 15, 2006. Based on the papers filed by the parties in connection with defendants' motion, the papers and records on file in this action, and the parties' arguments at the hearing on this matter,

IT IS HEREBY ORDERED that defendants' motion is GRANTED. The Court hereby ORDERS that Counts I and III of the Amended Complaint are dismissed with prejudice as against the Director Defendants, and Count IV of the Amended Complaint is dismissed with prejudice as against all defendants.

IT IS FURTHER ORDERED that defendants' motion to strike plaintiffs' jury demand is granted.

IT IS FURTHER ORDERED that plaintiffs are granted leave to file a letter brief not to exceed 10 pages in length on the issue of the jury demand. Defendants may file a responsive letter brief, also not to exceed 10 pages in length.

1  IT IS FURTHER ORDERED that plaintiffs shall submit an amended complaint in accordance
2  with the Court's rulings.

3  Dated: May 23, 2006.

*[signature]*
William W Schwarzer
United States District Judge

Approved as to form.

Dated: May 19, 2006.

SCHATZ & NOBEL, P.C.
SCHIFFIRN & BARROWAY, LLP
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP

/s/ Edward W. Ciolko
Counsel for Plaintiffs