| | |
|---|---|
| 1 | Alan R. Plutzik (Bar No. 077785) |
| 2 | Kathryn A. Schofield (Bar No. 202939)<br>BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 3 | 2125 Oak Grove Road, Suite 120<br>Walnut Creek, California 94598 |
| 4 | Telephone: (925) 945-0200 |
| 5 | Liaison Counsel for Plaintiffs |
| 6 | Robert A. Izard<br>Barbara F. Wolf |
| 7 | SCHATZ & NOBEL, P.C.<br>One Corporate Center |
| 8 | 20 Church Street, Suite 1700<br>Hartford, CT 06103 |
| 9 | Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290 |
| 10 | Richard S. Schiffrin |
| 11 | Joseph H. Meltzer<br>Edward W. Ciolko |
| 12 | Katherine B. Bornstein<br>SCHIFFRIN & BARROWAY, LLP |
| 13 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 14 | Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |
| 15 | Co-Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION | Case No. C 03-04743 WWS |
| This Document Relates To:<br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION/[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 03-04743 WWS
47741

## STIPULATION

Plaintiffs and Defendants submit the following stipulation continuing to July 6, 2006 the Case Management Conference heretofore scheduled for June 15, 2006.

WHEREAS, the Court previously scheduled a Case Management Conference to be held on June 15, 2006; and

WHEREAS, the parties proposed that date in part because it coincided with the date of a discovery motion set for hearing before the Honorable Maria-Elena James, United States Magistrate Judge, for the convenience of counsel traveling to the Bay Area from the East Coast; and

WHEREAS, the discovery hearing that had previously been set before Magistrate Judge James has been vacated by Order of the Court; and

WHEREAS, a continuance of the CMC would enable the parties to conduct additional discussions on certain issues prior to the CMC;

NOW, THEREFORE, the parties hereby stipulate as follows:

The Case Management Conference heretofore scheduled for June 15, 2006, in this matter, shall be continued to July 6, 2006, at 10:00 a.m., in Courtroom 14 of this Court, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Conference Statement pursuant to Local Rule 16-9 on or before June 26, 2006.

IT IS SO STIPULATED.

Dated: June 14, 2006

MORRISON & FOERSTER, LLP
Melvin R. Goldman
Jordan David Eth
Paul Flum
Terri Garland
Raymond M. Hasu
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522


/s/ Paul Flum
Paul Flum
Counsel for Defendants

|     |     |
| --- | --- |
| 1   | JDS UNIPHASE CORPORATION, JENNIFER |
| 2   | BERNAUER, MICHAEL BURKHARD, CRAIG COLLINS, BRUCE DAY, ROBERT ENOS, RICK |
| 3   | FIEBER, STEVE FIFE, PETER GUGLIELMI, GARY HOCHMAN, MARTIN KAPLAN, DENNIS KARST, |
| 4   | MIKE KASPER, ANGELA KUPPS, KEVIN KENNEDY, RICHARD LIEBHABER, DONALD J. LISTWIN, |
| 5   | MARIE LYNCH, JOHN MacNAUGHTON, SYRUS MADAVI, STEVE MOORE, TOM MOSER, HOLLY |
| 6   | NEAL, JOE PASSARELLO, ANDREW POLLACK, DENA REGAN, GARRY RONCO, JEFF RYAN, JILL |
| 7   | SANFORD, STEVE SAPERS, DONALD SCIFRES, WENDY SERRANO, WILSON SIBBETT, WILLIAM J. |
| 8   | SINCLAIR, CASIMIR SKRZYPCZAK, JOZEF STRAUS, and LORI ZARET |

Dated: June 14, 2006

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite
Walnut Creek, CA 94598
Tel: (925) 945-0200
Fax: (925) 945-8792

　　　　　　　　　　　/s/ Alan R. Plutzik
　　　　　　　　　　　Alan R. Plutzik
　　　　　　　　　　Liaison Counsel for Plaintiffs

SCHIFFRIN & BARROWAY, LLP
Edward W. Ciolko, Esq.
Richard S. Schiffrin, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

SCHATZ & NOBEL, P.C.
Robert A. Izard, Esq.
Barbara F. Wolf, Esq.
William Bernarduci, Esq.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Co-Lead Counsel for Plaintiffs

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of June, 2006 at Walnut Creek, California.

/s/ Alan R. Plutzik
Alan R . Plutzik

STIPULATION/[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 03-04743 CW
47741

3

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED pursuant to the above stipulation that the Case Management Conference in this matter is continued to July 6, 2006, at 10:00 a.m. in Courtroom 14, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Conference Statement pursuant to Local Rule 16-9 on or before June 26, 2006.

Dated: June 19, 2006

_____
Honorable William W. Schwarzer
United States District Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On June 14, 2006, I served the within documents: |
| 3 | |
| 4 | |
| 5 | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

[x] by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

[ ] by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] By causing personal delivery of a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

Edward W. Ciolko, Esq.
Richard S. Schiffrin, Esq.
Schiffrin & Barroway, LLP
280 King of Prussian Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

Robert A. Izard, Esq.
Barbara F. Wolf, Esq.
William Bernarduci, Esq.
Schatz & Nobel P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

Paul Flum, Esq. / Terri Garland, Esq.
Jordan David Eth, Esq. / Melvin R. Goldman, Esq./Raymond M. Hasu, Esq.
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

PROOF OF SERVICE
CASE NO. C 03-04743 CW
43801

1

1  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on June 14, 2006, at Walnut Creek, California.

*Lisa Baker*
Lisa Baker

PROOF OF SERVICE
CASE NO. C 03-04743 CW
43801

2