FILED
OCT 1 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re JDS Uniphase Corp. ERISA Litigation
            Plaintiff(s),

v.

            Defendant(s).

CASE NO. C-03-04743 WWS

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mark K. Gyandoh, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is 610-667-7706 280 King of Prussia Road, Radnor PA 19087, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States Magistrate Judge

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETTIT et al,

      Plaintiff,

v.

JDS UNIPHASE CORPORATION ET AL et al,

      Defendant.

Case Number: CV03-04743 WWS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark K. Gyandoh
280 King of Prussia Road
Radnor PA 19087

Dated: October 18, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk