1   Alan R. Plutzik (Bar No. 077785)
    Kathryn A. Schofield (Bar No. 202939)
2   BRAMSON, PLUTZIK, MAHLER &
    BIRKHAEUSER, LLP
3   2125 Oak Grove Road, Suite 120
    Walnut Creek, California 94598
4   Telephone: (925) 945-0200
    Facsimile: (925) 945-8792
5
    *Liaison Counsel for Plaintiffs*
6
    Robert A. Izard /Barbara F. Wolf
7   SCHATZ & NOBEL, P.C.
    One Corporate Center - Suite 1700
8   20 Church Street
    Hartford, CT 06103
9   Telephone: (860) 493-6292
    Facsimile: (860) 493-6290
10
    Richard S. Schiffrin/Joseph H. Meltzer
11  Edward W. Ciolko/Katherine Bornstein
    SCHIFFRIN & BARROWAY, LLP
12  280 King of Prussia Road
    Radnor, PA 19087
13  Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
14
15  *Co-Lead Counsel for Plaintiffs*

JORDAN ETH (BAR NO. 121617)
PAUL FLUM (BAR NO. 104424)
TERRI GARLAND (BAR NO. 169563)
RAYMOND M. HASU (BAR NO. 20058)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys For Defendants:*
JDS Uniphase Corporation, Jennifer Bernauer,
Michael Burkhard, Craig Collins, Bruce Day,
Robert Enos, Rick Fieber, Steve Fife, Peter
Guglielmi, Gary Hochman, Martin Kaplan,
Dennis Karst, Mike Kasper, Angela Kupps,
Kevin Kennedy, Richard Liebhaber, Donald J.
Listwin, Marie Lynch, John Macnaughton,
Syrus Madavi, Steve Moore, Tom Moser, Holly
Neal, Joe Passarello, Andrew Pollack, Dena
Regan, Garry Ronco, Jeff Ryan, Jill Sanford,
Steve Sapers, Donald Scifres, Wendy Serrano,
Wilson Sibbett, William J. Sinclair, Casimir
Skrzypczak, Jozef Straus, And Lori Zaret

16
17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19

20  IN RE JDS UNIPHASE CORPORATION          Case No. C 03-04743 WWS (MEJ)
    ERISA LITIGATION
21                                          STIPULATION AND [PROPOSED]
    This Document Relates To:               ORDER DISMISSING DEFENDANTS
22                                          MICHAEL BURKHARD, DENNIS
    ALL ACTIONS                             KARST, RICHARD LIEBHABER,
23                                          SYRUS MADAVI, STEVE MYERS, JOE
                                            PASSARELLO AND STEVE SAPERS
24                                          WITHOUT PREJUDICE
25
26
27
28
    STIP. AND [PROPOSED] ORDER DISMISSING DEFS. MICHAEL BURKHARD, DENNIS KARST,
    RICHARD LIEBHABER, SYRUS MADAVI, STEVE MYERS, JOE PASSARELLO AND STEVE SAPERS
    WITHOUT PREJUDICE / CASE NO. C 03-04743 CW
    48849

Pursuant to Federal Rules of Civil Procedure 4(m) and 41(a)(2), the parties submit the following Stipulation and [Proposed] Order dismissing defendants Michael Burkhard, Richard Liebhaber, Dennis Karst, Syrus Madavi, Steve Myers, Joe Passarello, and Steve Sapers without prejudice.

## RECITALS

1.      Plaintiffs' Second Amended Consolidated Complaint For  Violations of ERISA ("Complaint"), filed June 30, 2006, names, among other defendants, Michael Burkhard, Dennis Karst, Richard Liebhaber, Syrus Madavi, Steve Myers, Joe Passarello, and Steve Sapers as defendants.

2.      Mr. Myers has never been served or appeared in these actions.  The other six defendants who are the subject of this stipulation have appeared through their counsel, Morrison & Foerster.

3.      The Complaint alleges that defendants Liebhaber and Madavi are fiduciaries of certain 401(k) Plans for purposes of ERISA by virtue of having been, at certain times, directors of JDSU.  (Complaint ¶¶ 26, 28.)

4.      The Complaint alleges the defendants Burkhard, Karst, Passarello, and Sapers are fiduciaries for purposes of ERISA by virtue of having been, at certain times, members of the JDSU Benefits Committee.  (Complaint ¶¶ 35, 36, 38, 48.)

5.      The parties met and conferred regarding the existence and extent of the fiduciary status and responsibilities of these individuals with Defendants contending that, *inter alia*, given the dates of respective service for the above-listed defendants on either (1) JDSU's Board of Directors or (2) the JDSU Benefits Committee, plaintiffs will be unable to establish that defendants Burkhard, Karst, Liebhaber, Madavi, Passarello, or Sapers were fiduciaries under ERISA for purposes of any of the conduct challenged in or the damages sought by this action.

6.      While reserving all rights with respect to further action based on information uncovered during discovery and in order to ensure the expeditious prosecution of this action, the parties have now reached the following stipulation by which plaintiffs agree to request the

STIP. AND [PROPOSED] ORDER DISMISSING DEFS. MICHAEL BURKHARD, DENNIS KARST, RICHARD LIEBHABER, SYRUS MADAVI, STEVE MYERS, JOE PASSARELLO AND STEVE SAPERS WITHOUT PREJUDICE / CASE NO. C 03-04743 CW
48849
                                                                                                          1

1  dismissal without prejudice of defendants Burkhard, Liebhaber, Karst, Madavi, Passarello, and

2  Sapers, in return for these defendants' agreement to toll the running of any applicable statutes of

3  limitations with respect to the ERISA claims asserted in these actions, and to authorize their

4  counsel of record to accept service of any subpoenas issued by plaintiffs in this action on their

5  behalf.  Plaintiffs further agree to request the dismissal without prejudice of defendant Myers.

6  **STIPULATION**

7  The parties, through their undersigned counsel, agree as follows:

8  1. The Court shall dismiss without prejudice and pursuant to Federal Rule of Civil

9  Procedure 41(a)(2) all claims asserted in these actions against defendants Michael Burkhard,

10  Richard Liebhaber, Dennis Karst, Syrus Madavi, Joe Passarello, and Steve Sapers.

11  2. The Court shall dismiss without prejudice and pursuant to Federal Rule of Civil

12  Procedure 4(m) all claims asserted in these actions against defendant Steve Myers.

13  September 29, 2006

Jordan Eth
Paul Flum
Terri Garland
Raymond M. Hasu
MORRISON & FOERSTER LLP

By: _Paul Flum_ _____
Paul Flum

*Attorneys for Defendants Listed in Caption*

September 29, 2006

Alan R. Plutzik
Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP

By: _____
Kathryn A. Schofield

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
SCHIFFRIN & BARROWAY, LLP

STIP. AND [PROPOSED] ORDER DISMISSING DEFS. MICHAEL BURKHARD, DENNIS KARST, RICHARD LIEBHABER, SYRUS MADAVI, STEVE MYERS, JOE PASSARELLO AND STEVE SAPERS WITHOUT PREJUDICE / CASE NO. C 03-04743 CW
48849

2

Robert A. Izard
Barbara F. Wolf
SCHATZ & NOBEL, P.C.

*Attorneys for Plaintiffs*

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1.      Defendants Michael Burkhard, Richard Liebhaber, Dennis Karst, Syrus Madavi, Steve Myers, Joe Passarello, and Steve Sapers are dismissed from these actions without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2.      Defendant Steve Myers is dismissed from these actions without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

3.      Neither side shall recover any costs, fees, or expenses in connection with these dismissals.

Dated: ~~October~~ November 16 , 2006

The Honorable William W. Schwartzer
United States District Judge

STIP. AND [PROPOSED] ORDER DISMISSING DEFS. MICHAEL BURKHARD, DENNIS KARST, RICHARD LIEBHABER, SYRUS MADAVI, STEVE MYERS, JOE PASSARELLO AND STEVE SAPERS WITHOUT PREJUDICE / CASE NO. C 03-04743 CW
48849

3