1   BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
    Alan R. Plutzik (Bar No. 077785)
2   2125 Oak Grove Road, Suite 120
    Walnut Creek, California 94598
3   Telephone: (925) 945-0200
    Facsimile: (925) 945-8792
4
    Liaison Counsel for Plaintiffs
5
    [Names and Addresses of Other Counsel
6   Appear on Signature Page]

7

8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  In re JDS UNIPHASE CORPORATION         Master File No. C-03-4743 WWS (MEJ)
    ERISA LITIGATION
14                                          STIPULATION AND [PROPOSED]
    This Document Relates To:  All Actions  ORDER TO AMEND MINUTE ORDER
15                                          ENTERED FOLLOWING THE CASE
                                            MANAGEMENT CONFERENCE HELD
16                                          NOVEMBER 1, 2006

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO AMEND MINUTE ORDER FOLLOWING 11/1/06 CMC
MASTER FILE NO. C-03-4743 WWS (MEJ)
49576

**STIPULATION**

The parties, by their undersigned counsel, submit this Stipulation and [Proposed] Order to amend the Court's Minute Order following the Case Management Conference held in this action on November 1, 2006 (the "November 1 Minute Order")

**RECITALS**

1.     On or about June 26, 2006, the parties filed a Joint Case Management Conference Statement, Docket No. 132 (the "June 26 CMC Statement") in connection with a Case Management that was held on July 6, 2006.  At pages 10-12 of the June 26 CMC Statement, the parties jointly proposed a schedule for discovery, motion practice, pretrial deadlines and trial.

2.     On July 5, 2006, defendants served an Answer and Counterclaims.  At the July 6, 2006 Case Management Conference, plaintiffs represented to the Court that they intended to file a motion to dismiss the Counterclaims, and the Court gave plaintiffs thirty days to do so.  In light of the fact that the schedule proposed in the June 26 CMC Statement had been suggested by the parties without consideration of the time necessary for motion practice directed to the Counterclaims, the Court did not adopt the joint schedule set forth therein at the July 6 Case Management Conference, and indeed did not adopt any comprehensive pretrial or trial schedule at that time.

3.     Plaintiffs subsequently filed a motion to dismiss the Counterclaims, which, after full briefing, was granted by the Court.  In their next joint Case Management Conference Statement, submitted on October 25, 2006, Docket No. 150 (the "October 25 CMC Statement"), for the Case Management Conference to be held November 1, 2006, the parties partially revised the schedule they had proposed in the June 26 CMC Statement in light of the time that had been consumed in connection with the motion practice directed to the Counterclaims.  The joint proposed schedule, as revised, appears on page 2 of the October 25, 2006 CMC Statement. .

4.     At the November 1, 2006 Case Management Conference, the Court indicated that it was inclined to adopt the revised schedule that had been jointly proposed by the parties in the June 26 CMC Statement, as revised in the October 25, 2006 CMC Statement.  However, the November 1 Minute Order, which the Court entered following the November 1 CMC (Docket

1   No. 152) stated, at page 2, ¶ III: "Regarding Case Management, the parties state they have been

2   proceeding as proposed in their proposed case management order submitted in June 2006. The

3   court directs the parties to continue to do so and that will be the operable case management

4   order."

5          5.      The parties believe that the Court intended to hold that the parties had been

6   proceeding and should continue to proceed, in accordance with the schedule proposed in their

7   proposed case management order submitted in June 2006, *as revised in the October 25 CMC*

8   *Order*, subject to a slight modification made by the Court at the CMC and reflected in Paragraph

9   1.A of the November 1 Minute Order. The parties jointly request the Court to so amend its

10  November 1 Minute Order.

11         NOW, THEREFORE, IT IS HEREBY STIPULATED that the Court's November 1

12  Minute Order be amended to replace Paragraph III with the following: "Regarding Case

13  Management, the parties state they have been proceeding as proposed in their proposed case

14  management order submitted in June 2006, as revised in the case management order jointly

15  submitted by the parties on October 25, 2006 and in Paragraph 1.A. of the November 1 Minute

16  Order. The court directs the parties to continue to do so and that will be the operable case

17  management order."

18         IT IS SO STIPULATED.

19

20

21

22

23

24

25

26

27

28

```
 1
 2   Dated: December 21_, 2006              BRAMSON, PLUTZIK, MAHLER &
                                           BIRKHAEUSER, LLP
 3                                         Alan R. Plutzik (Bar No. 077785)
                                           2125 Oak Grove Road, Suite 120
 4                                         Walnut Creek, California  94598
                                           Telephone: (925) 945-0200
 5                                         Facsimile: (925) 945-8792

 6                                         By: _____ /s/ Alan R. Plutzik _____
                                                        Alan R. Plutzik
 7
 8                                         Liaison Counsel for Plaintiffs

 9                                         SCHATZ & NOBEL, P.C.
                                           Robert A. Izard
10                                         Barbara F. Wolf
                                           One Corporate Center - Suite 1700
11                                         20 Church Street
                                           Hartford, CT  06103
12                                         Telephone: (860) 493-6292
                                           Facsimile: (860) 493-6290
13                                         SCHIFFRIN & BARROWAY, LLP
14                                         Edward W. Ciolko
                                           Katherine Bornstein
15                                         280 King of Prussia Road
                                           Radnor, PA 19087
16                                         Telephone: (610) 667-7706
                                           Facsimile: (610) 667-7056
17                                         Co-Lead Counsel for Plaintiffs
18
19   Dated: December 21, 2006              MORRISON & FOERSTER LLP
                                           Jordan Eth (Bar No. 121617)
20                                         Paul Flum (Bar No. 104424)
                                           Terri Garland (Bar No. 169563)
21                                         Raymond M. Hasu (Bar No. 20058)
                                           425 Market Street
22                                         San Francisco, California  94105-2482
                                           Telephone:  (415) 268-7000
23                                         Facsimile:  (415) 268-7522
24
25                                         By: _____ /s/ Paul Flum _____
                                                        Paul Flum
26
27                                         Attorneys for Defendants
28
```

STIPULATION AND [PROPOSED] ORDER TO AMEND MINUTE ORDER FOLLOWING 11/1/06 CMC                    3
MASTER FILE NO. C-03-4743 WWS (MEJ)
49576

1    **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2         I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained

3    from each of the other signatories.  I declare under penalty of perjury under the laws of the United

4    States of America that the foregoing is true and correct.  Executed this 21st day of December, 2006 at

5    Walnut Creek, California.

6                                                    _____/s/ Alan R. Plutzik_____
                                                            Alan R . Plutzik
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **ORDER**

2           Pursuant to the stipulation of the parties, and good cause appearing, IT IS SO

3    ORDERED.

4

5    Dated:  December 22, 2006

6                                                                 The Honorable William W. Schwarzer
                                                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28