1  JORDAN ETH (BAR NO. 121617)
   PAUL FLUM (BAR NO. 104424)
2  TERRI GARLAND (BAR NO. 169563)
   RAYMOND M. HASU (BAR NO. 200058)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants

7  ROBERT A. IZARD
   ERIC PALMQUIST
8  SCHATZ NOBEL IZARD, P.C.
   One Corporate Center
9  20 Church Street, Suite 1700
   Hartford, Connecticut 06103
10 Telephone: (860) 493-6292
   Facsimile (860) 493-6290
11
   JOSEPH H. MELTZER
12 EDWARD W. CIOLKO
   KATHERINE B. BORNSTEIN
13 MARK K. GYANDOH
   LISA MELLAS
14 SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP
15 280 King of Prussia Road
   Radnor, Pennsylvania 19087
16 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
17
   Co-Lead Counsel for Plaintiffs
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

22

23 | In re JDS Uniphase Corporation ERISA Litigation | Master File No. C 03-04743 WWS (MEJ) |
24 | This Document Relates To: | [PROPOSED] ORDER FOR STAY OF DISCOVERY AND ENTRY OF REVISED CASE SCHEDULE |
25 | ALL ACTIONS | |

26

27

28

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF REVISED CASE SCHEDULE
MASTER FILE NO. C 03-04743 WWS (MEJ)
sf-2357227

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re JDS Uniphase Corporation ERISA Litigation<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C 03-04743 WWS (MEJ)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY OF DISCOVERY AND ENTRY OF REVISED CASE SCHEDULE |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Entry of Revised Case Schedule, it is HEREBY ORDERED that the MOTION is GRANTED without prejudice to any other motions.

IT IS FURTHER ORDERED that all discovery is stayed until October 29, 2007, and that the case schedule is amended as follows:

| Current Deadline | Revised Deadline | Event |
|---|---|---|
| N/A | 10/29/07 | Discovery resumes |
| 8/17/07 | 12/21/07 | Fact discovery cut-off |
| 8/31/07 | 1/4/08 | LD to file motions re fact discovery |
| 12/28/07 | 5/5/08 | Final summary judgment motions |
| 1/25/08 | 6/2/08 | Opposition to final summary judgment motions |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF REVISED CASE SCHEDULE
MASTER FILE NO. C 03-04743 WWS (MEJ)
sf-2357227

1

| Current Deadline | Revised Deadline | Event |
|---|---|---|
| 2/15/08 | 6/23/08 | Replies in support of final summary judgment motions |
| 3/7/08 | 7/14/08 | Hearing on final summary judgment motions |
| 9/14/07 | 1/21/08 | Exchange case in chief expert reports |
| 10/19/07 | 2/25/08 | Exchange rebuttal expert reports |
| 11/30/07 | 4/7/08 | Expert discovery cut-off |
| 12/14/07 | 4/21/08 | Supplemental rebuttal reports by case in chief experts (optional) |
| 4/28/08 | 9/4/08 | Final pretrial conference |
| 5/12/08 | 9/22/08 | Trial |

IT IS SO ORDERED.

Dated: ___7/20/07_____            _____
                                      The Honorable William W. Schwarzer
                                      United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF REVISED CASE SCHEDULE
MASTER FILE NO. C 03-04743 WWS (MEJ)
sf-2357227

2