United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    DOUGLASS PETTIT,                          No. C 03-04743 CW

10                Plaintiff,                    ORDER ON SUMMARY
                                               JUDGMENT MOTION
11        v.

12   JDS UNIPHASE CORPORATION, et al.,

13                Defendants.
                                          /
14   _____

15        On May 2, 2008, Defendants filed a summary judgment motion on

16   the issue of collateral estoppel.  On May 6, 2008 the Honorable

17   William W Schwarzer took the motion under advisement and no

18   opposition was ever filed.  On August 2, 2009, the case was

19   transferred back to the undersigned.  The Court hereby orders that

20   Plaintiff shall file an opposition to this motion by October 15,

21   2009; a reply will be due by October 29, 2009.  The matter will be

22   heard on November 12, 2009 at 2:00 p.m.

23        IT IS SO ORDERED.

24

25   Dated: September 16, 2009

26                                        CLAUDIA WILKEN
                                          United States District Judge
27

28