

Writer's Direct Dial: (610) 822-0242
E-Mail: eciolko@btkmc.com

September 23, 2009

**VIA ECF and FEDEX**

Honorable Claudia Wilken
United States District Judge
United States District Court
Northern District of California
1301 Clay Street,
Courtroom 2, Fourth Floor
Oakland, CA 94612-5212

Re: *In re JDS Uniphase Corporation ERISA Litigation*
U.S.D.C. N.D. Cal., No. C-03-0473 CW

Dear Judge Wilken:

  I, along with my co-counsel, represent Plaintiffs in the above-referenced litigation. We are in receipt of the Court's September 16, 2009 Order setting a schedule for summary judgment briefing in this action.

  I write to inform the Court that, on September 15, 2009, the parties executed a Settlement Agreement that will dispose of all of Plaintiffs' and the putative Class's claims, if approved by the Court. Under the terms of the Settlement Agreement, Plaintiffs are to move for preliminary approval of the Settlement on or before October 15, 2009.

  In light of the Settlement, Plaintiffs respectfully request that the Court hold in abeyance all deadlines with respect to Defendants' motion for summary judgment pending the Court's ruling on Plaintiffs' motions for preliminary and final approval of the Settlement Agreement. Defendants concur in this request.

280 King of Prussia Road, Radnor, Pennsylvania 19087 T. 610-667-7706 F. 610-667-7056 info@btkmc.com
580 California Street, Suite 1750, San Francisco, California 94104 T. 415-400-3000 F. 415-400-3001 info@btkmc.com
WWW.BTKMC.COM


Honorable Claudia Wilken
September 23, 2009
Page 2

                                          Respectfully submitted,

                                          BARROWAY TOPAZ KESSLER
                                          MELTZER & CHECK, LLP

                                          Edward W. Ciolko, Esquire

cc:    All counsel of record (via ECF only)