IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLASS PETTIT,

      Plaintiff,

  v.

JDS UNIPHASE CORPORATION, et al.,

      Defendants.
                                      /

No. C 03-04743 CW

ORDER DENYING DEFENDANTS' SUMMARY JUDGMENT MOTION WITHOUT PREJUDICE AND VACATING SUMMARY JUDGMENT BRIEFING SCHEDULE

    On September 16, 2009, the Court issued an order setting the briefing schedule for Defendants' summary judgment motion on the issue of collateral estoppel. Plaintiff's counsel has informed the Court that, on September 15, 2009, the parties executed a settlement agreement that will dispose of all of Plaintiff's and the putative class' claims. Under the terms of the settlement agreement, Plaintiff will move for preliminary approval of the settlement by October 15, 2009. A case management conference will be held on December 3, 2009 at 2:00 p.m. Accordingly, the Court denies Defendants' summary judgment motion without prejudice. Docket No. 200. Defendants may re-file this motion if the case is not settled. The Court vacates the summary judgment briefing schedule outlined in its September 16 order.

    IT IS SO ORDERED.

Dated: 09/25/09

CLAUDIA WILKEN
United States District Judge