UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re JDS Uniphase Corporation ERISA Litigation | Master File No. C 03-04743 CW |
| This Document Relates To:  All Actions | Judge:  Hon. Claudia Wilken |

**DECLARATION OF EDWARD W. CIOLKO
IN SUPPORT OF PLAINTIFFS' MOTION
TO PRELIMINARILY APPROVE SETTLEMENT,
CONDITIONALLY CERTIFY A SETTLEMENT CLASS,
APPROVE NOTICE AND SET A FINAL FAIRNESS HEARING**

I, Edward W. Ciolko, declare:

    I am a partner at Barroway Topaz Kessler Meltzer & Check, LLP, counsel of record for Plaintiffs. I make this declaration in support of the Motion by Plaintiffs to Preliminarily Approve Settlement, Conditionally Certify a Settlement Class, Approve Notice and Set a Final Fairness Hearing.

    1.    Attached hereto as Exhibit A is a true and correct copy of the executed Settlement Agreement.

    2.    Attached to Exhibit A, as Exhibit 1 is a true and correct copy of the [Proposed] Order Granting Preliminary Approval of Proposed Settlement Agreement, Preliminarily Certifying Class for Settlement Purposes Only, Approving Form and Manner of Class Notice, and Setting Date for Hearing on Final Approval of Settlement and Award of Attorneys' Fees and Expenses and Case Contribution Award.

    3.    Attached to Exhibit A, as Exhibit 2 is a true and correct copy of the Notice of Class Action Settlement.

    4.    Attached to Exhibit A, as Exhibit 3 is a true and correct copy of the [Proposed] Order and Final Judgment.

5. Attached hereto as Exhibit B is a true and correct copy of the firm biography of Barroway Topaz Kessler Meltzer & Check, LLC.

6. Attached hereto as Exhibit C is a true and correct copy of the firm biography of Izard Nobel, LLP.

7. Attached hereto as Exhibit D is a true and correct copy of *Alvidres, et al. v. Countrywide Financial Corp., et al.*, No. 2:07-cv-05810-JFW (C.D. Cal. September 1, 2009), Findings and Order Preliminarily Approving Proposed Settlement, Approving Form and Dissemination of Class Notice, and Setting Date for Hearing on Final Approval.

8. Attached hereto as Exhibit E is a true and correct copy of *Page, et al. v. Impac Mortgage Holdings, et al.*, No. 07-1447-AG (MLGx) (C.D. Cal. July 1, 2009) Order Preliminarily Certifying a Class for Settlement Purposes, Preliminarily Approving Proposed Settlement, Approving Form and Dissemination of Class Notice, and Setting Date for Hearing on Final Approval of Settlement.

9. Attached hereto as Exhibit F is a true and correct copy of *Evans, et al. v. Akers, et al.*, No. 1:04-cv-11380-WGY (D. Mass. June 8, 2009) Order Granting Preliminary Approval of Class Action settlement, Preliminarily Certifying a Class for Settlement Purposes, Approving Form and Manner of Class Notice, and Setting Date for Hearing on Final Approval of Settlement.

10. Attached hereto as Exhibit G is a true and correct copy of *Lewis v. El Paso Corp.*, No. H-02-4860 (S.D. Tex. Feb. 3, 2009), Preliminary Approval Order.

11. Attached hereto as Exhibit H is a true and correct copy of *In re Loral Space ERISA Litig.*, No. 03-CV-9729 (LTS) (S.D.N.Y. Sept. 9, 2008), Order Granting Preliminary Approval of Class Action Settlement, Preliminarily Certifying a Class for Settlement Purposes, Approving Form and Manner of Class Notice, and Setting Date for Hearing on Final Approval.

12. Attached hereto as Exhibit I is a true and correct copy of *In re: Raytheon ERISA Litig.*, No. 03-CV-10940 (RGS) (D. Mass. Dec. 1, 2006), Findings and Order Preliminarily Certifying a Class for Settlement Purposes, Preliminarily Approving Proposed Settlement;

1  Approving Form and Dissemination of Class Notice, and Setting Date for Hearing on Final
2  Approval of Settlement.
3      13.   Attached hereto as Exhibit J is a true and correct copy of *Kling v. Fidelity Mgt. Trust
4  Co.*, No. 01-11939-MEL (D. Mass. Mar. 22, 2006), Order Preliminarily Approving Settlement,
5  Approving Amendment of Complaint and Certifying Class for Purposes of Settlement, Approving
6  Form and Manner of Notice, and Scheduling Hearing on the Fairness of Settlement.
7      14.   Attached hereto as Exhibit K is a true and correct copy of *Stein v. Smith,* No. 01- CV-
8  10500 WGY (D. Mass. Aug. 22, 2005), Order Preliminarily Approving Proposed Settlement,
9  Approving Form and Dissemination of Class Notice, and Setting Date for Hearing on Final
10 Approval.
11     I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct.
13
14 Executed: October 15, 2009    _____
15                                Edward W. Ciolko