IZARD NOBEL LLP
Robert A. Izard
Wayne T. Boulton
29 South Main Street
Suite 215
West Hartford, CT  06107
Tel:  (860) 493-6407
Fax: (860) 493-6290

-and-

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
Joseph H. Meltzer
Edward W. Ciolko
Mark K. Gyandoh
280 King of Prussia Road
Radnor, PA  19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056

*Co-Lead Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION ERISA LITIGATION | Master File No. C 03-CV-04743 (CW) |
| | **CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND ORDER REGARDING PRELIMINARY APPROVAL OF SETTLEMENT; CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS; APPROVAL OF NOTICE TO CLASS MEMBERS; AND SETTING A DATE FOR A FINAL FAIRNESS HEARING AS MODIFIED** |

Stipulation and Proposed Order to Shorten Time Period of Motion Hearing
Case No. 03-cv-04743

Plaintiffs Eric Jason Carey, Douglas A. Pettit, and Alice Hodges-Toby (together, the "Plaintiffs"), and Defendants, JDS Uniphase Corporation JDSU, Jennifer Bernauer, Craig Collins, Bruce Day, Robert Enos, Rick Fieber, Steve Fife, Peter Guglielmi, Gary Hochman, Martin Kaplan, Mike Kasper, Angela Kupps, Kevin Kennedy, Donald J. Listwin, Marie Lynch, John MacNaughton, Steve Moore, Tom Moser, Holly Neal, Andrew Pollack, Dena Regan, Garry Ronco, Jeff Ryan, Jill Sanford, Donald Scifres, Wendy Serrano, Wilson Sibbett, William J. Sinclair, Casimir Skrzypczak, Jozef Straus, and Lori Zaret (hereinafter the "Defendants") hereby submit this stipulation to shorten the time period in which the Court will hear the Motion for Preliminary Approval of Settlement, Conditional Certification of Settlement Class, Approval of Notice to Class Members; and Setting A Date for a Final Fairness (the "Motion").

WHEREAS, the Motion was filed with the Northern District of California on October 15, 2009 via the Court's Electronic Filing System and appears on the docket as document number 210;

WHEREAS, pursuant to L. Civ. R. 7-2 (a), requiring all motions be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion,

WHEREAS, the Motion was inadvertently filed without a motion hearing date to be docketed on the Judge's motion calendar;

WHEREAS, counsel for the Defendants do not intend to oppose the Motion;

WHEREAS, counsel for the Plaintiffs and Defendants have conferred and agree upon a date before the 35 days specified in L. Civ. R. 7-2(a) in order to expedite the preliminary approval of settlement;

WHEREAS, there would be no substantial harm or prejudice that would occur if the Court granted the proposed shortened time for hearing the Motion;

NOW, THEREFORE, Plaintiffs and Defendants stipulate that the Motion Hearing date be shortened to November 12, 2009 at 2:00 p.m.

Dated this 21st day of October, 2009.                    Respectfully submitted,

| MORRISON & FOERSTER LLP | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP |
|---|---|
| By: __[signature appears on filed copy]__<br>Paul Flum (CA SBN 104424)<br>425 Market Street<br>San Francisco, California 94105-2482<br>Tel.: 415-268-7000<br>Fax: 415-268-7522<br><br>*Counsel for Defendants* | By:___/s/ Edward W. Ciolko<br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Mark K. Gyandoh<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056<br><br>Robert A. Izard<br>Wayne T. Boulton<br>IZARD NOBEL LLP<br>29 South Main Street<br>Suite 215<br>West Hartford, CT  06107<br>Tel: (860) 493-6407<br>Fax: (860) 493-6290<br><br>*Co-Lead Counsel for Lead Plaintiffs* |

**THE MOTION IS SUBMITTED ON THE PAPERS.**

[signature: Claudia Wilken]
_____
Honorable Claudia Wilken
United States District Judge